IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JAMAAL ALI BILAL
 f/k/a John L. Burton,
        Petitioner,

vs.                                                            CASE NO.: 3:05cv183/RV/MD

LUCY HADI, Secretary
 Florida Department of Children and Families,
        Respondent.
_____

# O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated June 15, 2005. The petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a _de novo_ determination of those portions to which an objection has been made.

Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The § 2254 petition (doc. 1) is DISMISSED WITHOUT PREJUDICE and the clerk is directed to send petitioner the Eleventh Circuit's form application for leave to file a second or successive petition.

DONE AND ORDERED this 28th day of June, 2005.

　　　　　　　　　　　　　　　　　　　　　　　/s/ _Roger Vinson_
　　　　　　　　　　　　　　　　　　　　　　　**ROGER VINSON**
　　　　　　　　　　　　　　　　　　　　　　　**SENIOR UNITED STATES DISTRICT JUDGE**