IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**JAMAAL ALI BILAL**
 f/k/a/ John L. Burton,
       **Petitioner,**

vs.                                Case No. 3:05cv183/RV/MD

**LUCY HADI, Secretary,**
 Florida Department of Children and Families,
       **Respondent.**
_____

## ORDER

This cause is before the court upon petitioner's notice of appeal and motion for certificate of appealability (docs. 10 & 11). Unless a certificate of appealability is issued, the petitioner may not take an appeal from the final order denying § 2254 relief.  *See* 28 U.S.C. § 2253(c)(1)(A); Fed.R.App.P. 22(b)(1).  Such a certificate may issue "only if the applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253 (c)(2).

After review of the file, the court concludes that because the petitioner has not made a substantial showing of the denial of a constitutional right, and for the reasons set forth in this court's June 28, 2005 Order (doc. 8) adopting and incorporating the Magistrate Judge's Report and Recommendation filed on June 15, 2005 (doc. 6), a certificate of appealability is DENIED and no certificate shall issue.

DONE AND ORDERED this 26th day of July, 2005.

                                           */s/ Roger Vinson*
                                           **ROGER VINSON**
                                           **SENIOR UNITED STATES DISTRICT JUDGE**